# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JAMES MICHAEL HUNTER,

    Plaintiff,

v.                                       CASE NO. 4:16cv786-RH/CAS

CAPTAIN LOVETT et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 5. I have reviewed de novo the issues raised by the objections.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Ft. Myers Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on February 7, 2017.

                                      s/Robert L. Hinkle
                                      United States District Judge